**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT ) | | |
| OF DAVID MCGEE FOR EXONERATION ) | | |
| FROM OR LIMITATION OF LIABILITY ) | | |
| ------------------------------------------------------------) | | |
| WARREN MCGEE, ) | | |
| ) | | |
| Third-Party Plaintiff, ) | No. 1:17-cv-02001 | |
| ) | | |
| vs. ) | Hon. Thomas M. Durkin | |
| ) | | |
| RIVER CITY MARINA CONDOMINIUM ) | | |
| ASSOCIATION and DAVID MCGEE, ) | | |
| ) | | |
| Third-Party Defendants. ) | | |

**DAVID McGEE'S UNOPPOSED MOTION FOR JUDGEMENT ON THE
PLEADINGS AND TO BAR THE CONTRIBUTION CROSS- CLAIMS**

Now comes Defendant, David McGee, by his attorneys, Litchfield Cavo, LLP, and pursuant to FRCP 12(c), moves this court for entry of an order granting judgment on the pleadings and barring Defendants' Contribution Claims against David McGee. In support thereof, the defendant states as follows, and submits its memorandum of law.

1. Rule 12(c) of the Federal Rules of Civil Procedure allows motions for judgment on the pleadings as the proper vehicle for raising affirmative defenses, such as the release of claims.

2. Plaintiff Warren McGee and Defendant David McGee agreed to settle the underlying claim, and filed the resulting stipulation to dismiss with this Court.

3. The settlement agreement between Warren McGee and David McGee acts as a bar to the contribution claims brought by the non-settling Defendants against David McGee.

4. Attorneys for Warren McGee, Marina City Condominium Association and Property Management Techniques have no objection to this Motion.

WHEREFORE, the defendant, David McGee, prays for entry of an order granting judgment on the pleadings with regard to the contribution cross-claims, and barring the contribution claims pursuant to FRCP 12 (c).

Respectfully submitted,

**Litchfield Cavo, LLP**

\s\Michael P. Latz

**LITCHFIELD CAVO LLP**
**303 West Madison, Suite 300**
**Chicago, Illinois 60606**
**Phone: (312) 781-6675**
**Fax:     (312) 781-6630**
**latz@litchfieldcavo.com**

# CERTIFICATE OF SERVICE

I hereby certify that on <u>April 17, 2019</u>, I electronically filed the foregoing <u>David McGee's Unopposed Motion for Judgment on the Pleadings and to Bar the Contribution Cross-Claims</u> with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys.

s/ Michael P. Latz

**Michael P. Latz, #6201519**
**LITCHFIELD CAVO LLP**
**303 West Madison Street, Suite 300**
**Chicago, Illinois  60606**
**Phone: (312) 781-6568**
**Fax:    (312) 781-6630**
**latz@litchfieldcavo.com**